UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | No. 08 CR 209 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE ASHMAN |
| MARLIN MARTINEZ | ) | |
| | ) | <u>UNDER SEAL</u> |
| | ) | |

**ORDER**

This matter having come before the Court on the *ex parte* motion of the United States for placing the arrest warrant and complaint and affidavit in support thereof, under seal, the Court finds that disclosure of the information contained in these documents could disclose the existence of the government's investigation to others, and hinder subsequent investigative efforts against others engaged in related offenses. It is hereby:

ORDERED that the complaint and arrest warrant be sealed until April 12, 2008, or until further order of the Court.

_____
MARTIN C. ASHMAN
United States Magistrate Judge

<u>March 12, 2008</u>
Dated