## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 209 - 1 | **DATE** | 3/13/2008 |
| **CASE TITLE** | USA vs. Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 3/13/2008. Defendant appears in response to arrest on 3/13/2008. Defendant informed of her rights. Enter order appointing Daniel J. Hesler from the Federal Defender Program as counsel for defendant for initial appearance only. Preliminary examination hearing set for 4/2/2008 at 2:00 p.m. On government's oral motion, this case is hereby ordered unsealed.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|