## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 209 - 1 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Marlin Martinez | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that defendant's order setting conditions of release is modified to include that defendant is to obtain no passport.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|