## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 209 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination hearing. Daniel J. Hesler from the Federal Defender Program is granted leave to withdraw as counsel for defendant. David Pugh is given leave to file his appearance as counsel for defendant. Defendant waives her right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|